**Opinion issued July 16, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00011-CV**
_____

**JUSTIN FRANCIS, Appellant**

**V.**

**SASOL CHEMICALS (USA), LLC, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-06561**

---

## MEMORANDUM OPINION

Appellant Justin Francis has filed an unopposed motion to dismiss this

interlocutory appeal from the trial court's order granting appellee The Kansas City

Southern Railway Company's special appearance.[1] *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

[1] The motion to dismiss states that Francis has nonsuited his claims against The Kansas City Southern Railway Company—one of two entities he sued in the underlying proceedings. The other entity sued by Francis—Sasol Chemicals (USA), LLC—is not before the Court in this interlocutory appeal.